## Benjamin C. WALLER, Appellant, v. UNITED STATES of America, Appellee.

### No. 7630.

Circuit Court of Appeals, Sixth Circuit.

March 9, 1937.

Charles F. Hemans and Miles N. Culehan, both of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

The appellant being the person named in the indictment under which the removal proceedings were instituted, and it appearing from the proofs offered on the application for the writ of habeas corpus that there was probable cause to believe that the appellant had committed the offenses charged in the indictment, it is ordered that the order vacating the writ of habeas corpus and dismissing the petition therefor be affirmed.